

**Karla Del Pozo García**
Associate

karla.delpozogarcia@dentons.com
D   +1 212-768-5328

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

January 18, 2022

<u>VIA ECF</u>



The Honorable Judge Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:     *Sanchez v. Citizen Supply Ltd. Co.*, Case No. 1:21-cv-04601-KPF

Dear Judge Failla:

We represent Defendant Citizen Supply Ltd. Co. ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for twenty one (21) days, from January 18, 2022 to February 8, 2022.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, voluntary dismissal will be filed.

Respectfully submitted,

*/s/ Karla Del Pozo García*
Karla Del Pozo García

cc:     All counsel of record (by ECF)

**Sirote ►  Adepetun Caxton-Martins Agbor & Segun ►  Davis Brown ►  East African Law Chambers ►  Eric Silwamba, Jalasi and Linyama ►
Durham Jones & Pinegar ►  LEAD Advogados ►  Rattagan Macchiavello Arocena ►  Jiménez de Aréchaga, Viana & Brause ►  Lee International ►
Kensington Swan ►  Bingham Greenebaum ►  Cohen & Grigsby ►  Sayarh & Menjra ►** For more information on the firms that have come together
to form Dentons, go to dentons.com/legacyfirms

Application GRANTED.

For the reasons stated in Defendant's above letter, this case is STAYED through **February 8, 2022.**

The parties are ORDERED to submit either (i) a stipulation of voluntary dismissal or (ii) a joint status letter proposing the next steps in this case on or before **February 8, 2022.**

Dated:  January 18, 2022         SO ORDERED.
        New York, New York

                                 *Katherine Polk Failla*

                                 HON. KATHERINE POLK FAILLA
                                 UNITED STATES DISTRICT JUDGE